UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN BROWNE,

               Defendant.

- - - - - - - - - - - - - - - - - X

O R D E R

04-0863 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ MAR 8 2006 ★
BROOKLYN OFFICE

    IT IS HEREBY ORDERED that the Notice of Motion, Information, the calendar of the defendant's guilty plea and the minutes of the defendant's guilty plea are unsealed.

Dated:   Brooklyn, New York
          ~~January~~ Feb. 2, 2006

                                   s/Nina Gershon
                                   THE HONORABLE NINA GERSHON
                                   UNITED STATES DISTRICT JUDGE