RECEIVED
In Chambers of
U.S.D.J. Gershon
MAR 1 6 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 20 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOHN BROWNE,

             Defendant.

- - - - - - - - - - - - - - - - X

O R D E R

04-0863 (NG)

IT IS HEREBY ORDERED that the above-captioned case is hereby unsealed.

Dated: Brooklyn, New York
       March 17, 2006

                                        s/Nina Gershon
                                        THE HONORABLE NINA GERSHON
                                        UNITED STATES DISTRICT JUDGE